No. A–789. NATIONAL RIGHT TO WORK LEGAL DEFENSE & EDUCATION FOUNDATION, INC. v. RICHEY, U. S. DISTRICT JUDGE. Application for stay of disclosure order of the United States District Court for the District of Columbia issued June 5, 1974, presented to THE CHIEF

JUSTICE, and by him referred to the Court, denied. ▮